**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7198**

DONALD MCDUFFIN WILLIAMS,

Plaintiff - Appellant,

v.

DETECTIVE J. MOUTON; OFFICER TUBMAN; ANTON JOHNSON, P.G.
County Police, Brentwood,

Defendants - Appellees,

and

LORD BALTIMORE HOTEL,

Defendant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
Peter J. Messitte, Senior District Judge. (8:16-cv-02508-PJM; 1:16-cr-00165-GLR-1)

Submitted: February 6, 2018                    Decided: February 21, 2018

Before GREGORY, Chief Judge, and KING, Circuit Judge, and SHEDD, Senior Circuit
Judge.

Dismissed by unpublished per curiam opinion.

Donald McDuffin Williams, Appellant Pro Se. Melissa Goldmeier, Gary W. Kuc, Louis Paul Ruzzi, HOWARD COUNTY OFFICE OF LAW, Ellicott City, Maryland; Bernard Allen Cook, LAW OFFICES OF BERNARD A. COOK, LLC, Columbia, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald McDuffin Williams seeks to appeal the district court's orders staying his civil case pending resolution of his criminal case and returning documents. Appellees have moved to dismiss the appeal for lack of jurisdiction. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders that Williams seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. *See Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp.*, 460 U.S. 1, 10 n.11 (1983); *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015); *Amdur v. Lizars*, 372 F.2d 103, 105-06 (4th Cir. 1967). Accordingly, we grant Appellees' motion to dismiss, deny Williams' pending motions, and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*